**Metta F. H. Dillon, appellee, v. Mary D. Brenneman et al., appellants. Joseph G. Dillon et al., appellees. Gen. No. 6,646.**

Bill to cancel assignment of stock. Decree for complainant. Appeal from the Circuit Court of Whiteside county; the Hon. Frank D. Ramsay, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 4, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Henry C. Ward and Carl E. Sheldon, for appellants. Clyde Smith, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**M. Oltusky, appellee, v. Chicago & Northwestern Railway Company, appellant. Gen. No. 6,629.**

Action by consignee to recover shortgage in shipment from carrier after payment of sight draft. Judgment for plaintiff. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the October term, 1918. Reversed with finding of facts. Opinion filed April 8, 1919.

Charles A. Vilas and Ira C. Belden, for appellant; James C. Davis, of counsel. E. V. Orvis, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Avery F. Lambert, administrator of the estate of Harrison Burdick, deceased, appellant, v. Lee B. Overman, appellee. Gen. No. 6,621.**

Bill for an accounting. Appeal from the Circuit Court of Will county; the Hon. Arthur W. DeSelm, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded with directions. Opinion filed April 16, 1919.

John H. Savage and John W. Downey, for appellant. E. Meers, for appellee; O'Donnell, Donovan & Bray, of counsel.

Mr. Justice Niehaus delivered the opinion of the court.